UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY ACKERMAN,

        Plaintiff,                Case No. 17-cv-11779

v.                                Honorable Thomas L. Ludington

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al

        Defendant.
_____/

## JUDGMENT

In accordance with the order granting Defendants' motion for summary judgment,

It is **ORDERED AND ADJUDGED** that Plaintiff's second amended complaint, ECF No. 72, is **DISMISSED** with prejudice.


Dated: July 12, 2019                        s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge