# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 21, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

    Re: Case No. 19-2056, *Gregory Ackerman, et al v. AGRI, et al*
       Originating Case No. 1:17-cv-11779

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely,

              s/Gretchen S. Abruzzo, Case Manager for
              Sharday Swain, Case Manager
              Direct Dial No. 513-564-7027

cc: Mr. Andrew Goetz
   Mr. Mark Granzotto
   Mr. Robert G. Kamenec
   Mr. Leif Eric Overvold
   Ms. Elaine M. Pohl
   Mr. Charles W Scarborough
   Mr. John D. Tallman

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-2056

_____

Filed: June 21, 2021

GREGORY ACKERMAN

        Plaintiff

and

ACKERMAN & SON, LLC; ACKERMAN BROTHERS FARMS, LLC; BACK ROAD FARMING, INC.; DANIEL E. BALCER; BECKER FARMS, LLC; RANDY BECKERING; BERNIA & SONS FARMS, INC.; BERNIA FAMILY FARMS, INC.; BRIAN BRANDENBURG; GARY BULZAN; D.T. ROUECH FARMS, LLC; TODD W. DRAGGOO; BEATRICE ELENBAUM; HARRY GAISER, JR.; JASON GAISER; GOEBEL FARMS, INC.; JAMES GREMEL; GRO GREEN ACRES; GRUEHN FARMS, INC.; GRUEHN ACRE FARMS; TERRY HAAG; TOM HAAG; SCOTT HAWKEN; JOHN SCHLUCKEBIER FARMS, INC.; FRED KARG; CONSTANCE KREGER; KURTIS KREGER; KUNDINGER FARMS, INC.; LARACHA FARMS, LLC; MATTHEW LUTZ; R & J FARMS, INC; ROBERT RATHJE; RAYL FARMS, INC.; RICHMOND BROTHERS FARMS, LLC; RODAMMER FARMS, INC.; RUSSELL TRANSPORT, INC.; DANIEL SAHR; LEASLY SCHAPER; GREGORY SCHIAN; JEFFREY SCHIAN; JOHN SCHIAN; BRAD SINGER; MARK STAMBAUGH; DONALD STECKER; VERN STEPHEN; LUCAS M. STOCKMEYER; ROBERT STOCKMEYER; KENDALL STOECKLE; STOUTENBURG FARMS; THREE R FARMS, INC.; VADER FARMS, INC.; VANHOOST FARMS, INC.; GLENN L. VOGEL; JOSEPH VOHWINKLE; JIM WILKINSON; TERRY WOOD; VADER AND SON, LLC; DON ZAREMBA; ZIMMER FARMS, INC.; FRENCH FARMS; JASON HAAG; TIMOTHY KUBACKI; STACER FARMS LTD. PARTNERSHIP

        Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; ACE AMERICAN INSURANCE COMPANY; AGRINATIONAL INSURANCE COMPANY; AMERICAN AGRI-BUSINESS INSURANCE COMPANY; AMERICAN AGRICULTURAL INSURANCE COMPANY; ATLANTIC SPECIALTY INSURANCE COMPANY; CGB INSURANCE COMPANY; EVEREST REINSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; HUDSON INSURANCE COMPANY; FMH AG RISK INSURANCE COMPANY; NAU COUNTRY INSURANCE COMPANY; OCCIDENTAL FIRE & CASUALTY COMPANY OF

NORTH CAROLINA; PRODUCERS AGRICULTURE INSURANCE COMPANY; RURAL COMMUNITY INSURANCE COMPANY; STARR INDEMNITY & LIABILITY COMPANY; TECHNOLOGY INSURANCE COMPANY, INC.; FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA; RISK MANAGEMENT AGENCY; FEDERAL CROP INSURANCE CORPORATION; AMTRUST INSURANCE COMPANY OF KANSAS, INC.

   Defendants - Appellees

## MANDATE

 Pursuant to the court's disposition that was filed 04/28/2021 the mandate for this case hereby issues today.

 COSTS: None