UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ACKERMAN BROTHERS FARMS, LLC, *et al.*,

        Plaintiffs,                      Case No. 1:17-cv-11779

v.                                                Honorable Thomas L. Ludington
                                                     United States District Judge

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today;

It is **ORDERED** that the Federal Crop Insurance Corporation's decision to approve the Michigan expansion of the Dry Bean Revenue Endorsement is **REMANDED** to the agency for further review consistent with this Court's Opinion and Order.


Dated: December 29, 2021                                  s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge