**FILED**

Jul 20, 2022

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-1056

GREGORY ACKERMAN, et al.,

     Plaintiffs,

and

ACKERMAN BROTHERS FARMS, LLC, et al.,

     Plaintiffs-Appellants,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

     Defendants-Appellees.

Before:  GUY, CLAY, and KETHLEDGE, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of  Michigan at Bay City.

THIS MATTER came before the court upon the motion to dismiss by Defendants Federal Crop Insurance Corporation, U.S. Department of Agriculture, and the Risk Management Agency.

UPON FULL REVIEW of the record and the pleadings,

IT IS ORDERED that the motion is GRANTED and the case is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk